```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
CERTAIN UNDERWITERS AT LLOYD'S, LONDON :    20cv10659 (DLC)
SUBSCRIBING TO POLICY NO. PSH00698637, :
                                      :        ORDER
            Plaintiff,                :
                                      :
       -v-                            :
                                      :
ENERCON CONSULTANTS, INC., et al.,    :
                                      :
            Defendants.               :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 27, 2021, the plaintiff moved, pursuant to Fed. R. Civ. P. 15 and 21, to amend its complaint and substitute the named plaintiff in this action. Accordingly, it is hereby

ORDERED that the defendants shall respond to the plaintiff's motion by **October 11, 2021**. Any reply shall be filed by **October 18, 2021**.

Dated:   New York, New York
         September 28, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge